EMT

# APPEARANCE FORM FOR PRO SE LITIGANTS
# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Themasha L. Simpson
(Please print)

STREET ADDRESS: 3352 Washington St.

CITY/STATE/ZIP: Lansing, Illinois 60438

PHONE NUMBER: 630-215-7097

CASE NUMBER: 11cv6653
Judge Charles R. Norgle, Sr
Magistrate Morton Denlow

Signature: Themasha L. Simpson

Date: 9-22-2011 / 9-15-2011 / 8-23-2011

FILED
SEP 22 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT