# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Themasha L. Simpson

                                      Plaintiff,

v.                                                    Case No.: 1:11−cv−06653

                                                            Honorable Charles R. Norgle Sr.

Advocate Health and Hospital Corporation

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2013:

        MINUTE entry before Honorable Charles R. Norgle, Sr: Case dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.